# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1905

_____

United States of America,                        *
                                                 *
                    Appellee,                     *
                                                 *    Appeal from the United States
          v.                                     *    District Court for the
                                                 *    Northern District of Iowa.
Edward Lee Williams,                             *
                                                 *           [UNPUBLISHED]
                    Appellant.                    *

_____

Submitted: October 12, 2005
   Filed:   November 15, 2005

_____

Before ARNOLD, BOWMAN and MURPHY, Circuit Judges.

_____

PER CURIAM.

      Edward Lee Williams appeals from the denial by the district court[1] of his
motion for a new trial under Fed. R. Crim. P. 33. Mr. Williams was convicted of a
drug offense, *see* 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 851, and his conviction was
upheld on appeal. *See United States v. Williams*, 340 F.3d 563 (8th Cir. 2003). He
maintains that new evidence, in the form of testimony from his sister, was sufficiently
exculpatory to entitle him to a new trial.

_____

      [1]The Honorable Mark W. Bennett, Chief Judge, United States District Court
for the Northern District of Iowa.

The district court held that the sister's testimony did not qualify as newly discovered evidence under the relevant rule and that the testimony was so lacking in credibility that it was not likely to produce an acquittal. *See United States v. Yerkes*, 345 F.3d 558, 562 (8th Cir. 2003). After a careful review of the record, and a consideration of the well-known legal principles that guide the case, we affirm the judgment of the district court on the basis of its well-reasoned opinion.

_____